MUNFORD RUBBER TIRE CO. v. CONSOLIDATED RUBBER TIRE CO. et al.

(Circuit Court, S. D. New York. May 12, 1904.)

1. REMOVAL OF CAUSES—REMOVAL BY ONE OF SEVERAL DEFENDANTS.

An action brought in a state court against a number of defendants, all of whom are citizens of other states, is removable by any one of the defendants, although it involves but a single controversy.

On Motion to Remand to State Court.

Wallach & Cook, for the motion.
Mr. Humes and C. W. Stapleton, opposed.

COXE, Circuit Judge. The plaintiff is a citizen of Georgia; the defendants are citizens of other states, none of them being a citizen of Georgia. We have then a controversy wholly between citizens of different states. I am unable to distinguish this case from Ins. Co. v. Champlin (C. C.) 21 Fed. 85. Subsequently followed in this circuit in Garner v. Bank (C. C.) 66 Fed. 369, and Trust Co. v. Mackay, 70 Fed. 801.

The motion to remand is denied.

¶ 1. Diverse citizenship as ground of federal jurisdiction, see notes to Shipp v. Williams, 10 C. C. A. 244; Mason v. Dullagham, 27 C. C. A. 298.
See Removal of Causes, vol. 42, Cent. Dig. § 90.